UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| SHARON A. DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07cv0951 AGF |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant, | ) | |

## ORDER

This matter is before the Court on Plaintiff's application for reimbursement of attorney's fees and costs, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B). Plaintiff is the prevailing party in her action challenging the Commissioner of Social Security's denial of Plaintiff's application for supplemental security income. Plaintiff seeks fees for 25 hours of work at the rate of $125 per hour, and costs in the amount of the filing fee of $350. Plaintiff's request for fees is supported by appropriate documentation. The Commissioner does not object to Petitioner's request, noting that 25 hours at $125 per hour equals $3,125, not $3,150 as submitted by Plaintiff, and that the cost of the filing fee is paid out of the Judgment Fund administered by the Department of the Treasury. Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is **GRANTED** in the amount of $3,125 payable to Plaintiff's attorney. [Doc. #16]

**IT IS FURTHER ORDERED** that Plaintiff's application for reimbursement of the filing fee is **GRANTED** in the amount of $350 to be paid to Plaintiff's attorney from the Judgment Fund administered by the Department of the Treasury.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of December, 2007.